**Robert D. DRINKARD, Jr.,**
Plaintiff–Appellant,

v.

**DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS; Vernon Smith, M.D., Charles E. Thompson,**
Defendants–Appellees.

No. 02–6334.

United States Court of Appeals,
Fourth Circuit.

Submitted July 25, 2002.

Decided Aug. 12, 2002.

Robert D. Drinkard, Jr., Appellant Pro Se.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Robert D. Drinkard, Jr., a Virginia inmate, appeals the district court's order denying relief on his medical treatment complaint filed under 42 U.S.C.A. § 1983 (West Supp.2001), for failure to state a

claim.* *See* 28 U.S.C. § 1915A (2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Drinkard v. Director, Virginia Dep't of Corrections,* No. CA–02–168 (E.D.Va. Feb. 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Lloyd Anthonie Williams appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. Williams,* No. CR–98–144 (W.D.N.C. Mar. 12, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* Drinkard's complaint also alleged good time credits were taken from him in violation of the Fourteenth Amendment. The district court found this claim was not cognizable under § 1983 and dismissed the claim without prejudice to Drinkard's rights to refile the claim pursuant to 28 U.S.C. § 2254 (2000). Drinkard does not challenge the district court's dismissal without prejudice of this claim on appeal. Thus, appellate review of this portion of the district court's order is waived. 4th Cir. R. 34(b).